UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERESE L. LESHER, | ) | Case No.: 2:21-cv-00386-WBS-DMC |
| Plaintiff, | ) ) ) | ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES |
| v. | ) ) | |
| CITY OF ANDERSON, et al., | ) ) | (Doc. 2) |
| Defendants, | ) ) | |

Plaintiff having applied to proceed without prepayment of fees (*in forma pauperis*) pursuant to 28 U.S.C. § 1915, the Court, having reviewed the Application and finding good cause, hereby ORDERS that the Application is granted. The Clerk of the Court is hereby ordered to issue summons, and the United States Marshal is ordered to serve a copy of the complaint, summons and this order upon Defendants. All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

Dated:  March 10, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES                                                                  - 1 –
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC