**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

**Panos Lagos (SBN 61821)**
**LAW OFFICES OF PANOS LAGOS**
5032 Woodminster Lane
Oakland, CA 94602
Tel. (510) 530-4078
Fax (510) 530-4725
e-mail: panos@panoslagoslaw.com

*Attorneys for Plaintiff,*
**THERESE L. LESHER**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERESE L. LESHER**, | Case No. 2:21-cv-00386-WBS-DMC |
| Plaintiff, | STIPULATION AND PROPOSED ORDER CONTINUING SCHEDULING CONFERENCE |
| vs. | |
| **CITY OF ANDERSON,** et al., | |
| Defendants. | |

The parties, by and through their respective counsel, hereby agree, stipulate and request that the Scheduling Conference presently set for January 18, 2022 at 1:30 p.m. be continued to January 31, 2022 at 1:30 p.m. The continuance is requested by Plaintiff's co-counsel, Sanjay S. Schmidt, given a calendar conflict on that date.

///

///

{Stip to Continue Scheduling Conf;00210600}Stipulation and [Proposed] Order Continuing Scheduling Conference
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC     1

**IT IS SO STIPULATED.**

Respectfully submitted,

        Respectfully Submitted,

Dated: December 21, 2021    **LAW OFFICE OF SANJAY S. SCHMIDT**
    -and-
    **LAW OFFICES OF PANOS LAGOS**

    */s/Panos Lagos*
    By: Panos Lagos, Esq.
    Attorneys for Plaintiff,
    THERESE L. LESHER

Dated: December 21, 2021    **ANGELO, KILDAY & KILDUFF, LLP**

    */s/ Danielle J. Williams*
    By: Danielle J. Williams, Esq.
    Attorneys for Defendants CITY OF ANDERSON, SEAN MILLER, JEFFREY MILEY, and KAMERON LEE

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the Scheduling Conference is continued to **January 31, 2022 at 1:30 p.m.** A joint status report shall be filed no later than **January 18, 2022**.

**IT IS SO ORDERED.**

Dated: December 23, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{Stip to Continue Scheduling Conf;00210600}Stipulation and [Proposed] Order Continuing Scheduling Conference
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC    2