**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA [REDDING]**

| | | |
|---|---|---|
| THERESE L. LESHER, | ) | Case No.: 2:21-cv-00386-WBS-DMC |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| vs. | ) | |
| | ) | |
| CITY OF ANDERSON, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, that pursuant to Local Rule 174(b), the Parties jointly request permission pursuant to Local Rule 174(b) for their counsel to appear by telephone at the hearing on Plaintiff's Motion to Compel Discovery, scheduled for July 13, 2022, at 10:00 a.m. in Courtroom 304 before the Honorable Dennis M. Cota.

WHEREAS, Melissa T. Currier, counsel for Defendants, is a nursing mother, which will make the 6-hour round trip drive from her office in Sacramento to the Court's location in Redding a hardship.

WHEREAS, Mr. Panos Lagos and Mr. Sanjay Schmidt have offices located in the Bay Area, and will likewise be burdened by the travel time required in driving to the Court's location in Redding.

WHEREAS, counsel for the parties have agreed to attend the hearing by telephonic means, with the Court's permission.

Dated: July 11, 2022              ANGELO, KILDAY & KILDUFF, LLP

                                                    */s/ Melissa T. Currier*
                                          By:_____
                                                MELISSA T. CURRIER
                                                Attorneys for Defendants CITY OF ANDERSON, SEAN MILLER, JEFFREY MILEY, and KAMERON LEE

Dated: July 11, 2022              LAW OFFICES OF PANOS LAGOS

                                                    */s/ Panos Lagos*
                                          By:_____
                                                PANOS LAGOS
                                                Attorneys for Plaintiff THERESE L. LESHER

**PROPOSED ORDER**

IT IS HEREBY ORDERED:

1. Counsel's Joint Request for Remote Appearance is granted; and
2. Counsel may appear telephonically at the hearing on Plaintiff's Motion to Compel on July 13, 2022, at 10:00 a.m. in Courtroom 304 via Courtcall.

IT IS SO ORDERED.

Dated: July 11, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE