Sanjay S. Schmidt (SBN 247475)
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

Panos Lagos (SBN 61821)
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
Tel. (510) 530-4078
Fax (510) 530-4725
e-mail: panos@panoslagoslaw.com

*Attorneys for Plaintiff,*
**THERESE L. LESHER**

KEVIN J. DEHOFF, ESQ., SB No. 252106
Email: kdehoff@akk-law.com
DANIELLE J. WILLIAMS ESQ., SB No. 317229
Email: dwilliams@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100

Attorneys for Defendants CITY OF ANDERSON,
SEAN MILLER, JEFFREY MILEY, and KAMERON LEE

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERESE L. LESHER**, | ) **Case No.** 2:21-cv-00386-WBS-DMC |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER MODIFYING THE** |
| vs. | ) **JANUARY 25, 2022 SCHEDULING ORDER (ECF** |
| | ) **NO. 43) [LR 144; Fed. R. Civ. P. 6(b)(1)(A)]** |
| **CITY OF ANDERSON, et al.**, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC                    1

PURSUANT TO CIVIL LOCAL RULE 144 (Fed. R. Civ. P. 6(b)(1)(A)), THE PARTIES HEREBY STIPULATE, THROUGH THEIR ATTORNEYS OF RECORD, AS FOLLOWS:

1.      The parties have been working together in good faith to accomplish the necessary discovery and depositions. However, at least two party depositions still need to be completed, as well as certain non-party depositions.

2.      The parties to this action believe that with a modest continuance of 90 days for all successive deadlines on the scheduling order, as well as the pretrial and trial dates, the remaining discovery and depositions can be timely completed and the case will be ready to proceed to trial.

3.      This is the parties' first request for an extension of the deadlines, pretrial, and trial dates.

4.      The parties respectfully stipulate and request that the following dates/deadlines be extended as follows:

| Event | Current Date/Deadline | Proposed Date/Deadline |
|---|---|---|
| Designation of Experts with Reports | February 15, 2023 | July 14, 2023 |
| Designation of Rebuttal Experts with Reports | March 16, 2023 | August 15, 2023 |
| Discovery Cutoff (Fact and Expert, including compliance with any Motion to Compel Order) | April 19, 2023 | September 15, 2023 |
| Deadline to notice non-discovery Motions | May 15, 2023 | October 16, 2023 |
| Final Pretrial Conference | July 31, 2023 / 1:30 p.m. | December 18, 2023 / 1:30 p.m. |
| Trial | September 6, 2023 / 9:00 a.m. | February 7, 2024 / 9:00 a.m. |

Respectfully Submitted,

Dated: February 14, 2023          **LAW OFFICE OF SANJAY S. SCHMIDT**
                                  **-and-**
                                  **LAW OFFICES OF PANOS LAGOS**

**STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC          2

*/s/ Panos Lagos*
By: Panos Lagos
Attorneys for Plaintiff,
THERESE L. LESHER

Dated: February 14, 2023 **ANGELO, KILDAY & KILDUFF, LLP**

*/s/ Kevin Dehoff* (authorized on 02/13/23)
By: Kevin Dehoff
KEVIN J. DEHOFF
Attorneys for Defendants CITY OF ANDERSON,
SEAN MILLER, JEFFREY MILEY, and
KAMERON LEE

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

## ORDER

Pursuant to the parties' Stipulation and good cause appearing, the Court modifies the deadlines in this case as follows:

| Event | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Designation of Experts with Reports | February 15, 2023 | July 14, 2023 |
| Designation of Rebuttal Experts with Reports | March 16, 2023 | August 15, 2023 |
| Discovery Cutoff (Fact and Expert, including compliance with any Motion to Compel Order) | April 19, 2023 | September 15, 2023 |
| Deadline to notice non-discovery Motions | May 15, 2023 | October 16, 2023 |
| Final Pretrial Conference | July 31, 2023 / 1:30 p.m. | **December 18, 2023, 1:30 p.m.** |
| Trial | September 6, 2023 / 9:00 a.m. | **February 6, 2024, 9:00 a.m.** |

**IT IS SO ORDERED.**

Dated:  February 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC            3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC                    4