KEVIN J. DEHOFF, ESQ., SB No. 252106
 Email: kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Attorneys for Defendants **CITY OF ANDERSON, SEAN MILLER, JEFFREY MILEY, and KAMERON LEE**

SANJAY S. SCHMIDT (SBN 247475)
 E-mail: ss@sanjayschmidtlaw.com
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717

PANOS LAGOS (SBN 61821)
 E-mail: panos@panoslagoslaw.com
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
Tel. (510) 530-4078
Fax (510) 530-4725

*Attorneys for Plaintiff,* **THERESE L. LESHER**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE L. LESHER,<br>            Plaintiff,<br>vs.<br>CITY OF ANDERSON, et al.<br>            Defendants. | Case No.: 2:21-cv-00386-WBS-DMC<br><br>**STIPULATION AND ORDER MODIFYING THE FEBRUARY 15, 2023, SCHEDULING ORDER (ECF No. 62 [LR 144; Fed. R. Civ. P. 6(b)(1)(A)]__** |

PURSUANT TO CIVIL LOCAL RULE 144 (Fed. R. Civ. P. 6(b)(1)(A)), THE PARTIES HEREBY STIPULATE, THROUGH THEIR ATTORNEYS OF RECORD, AS FOLLOWS:

1. The parties have been working together in good faith to accomplish the necessary discovery, disclosures, and expert depositions. The parties have engaged in extensive

1. written discovery, litigated one discovery dispute, and have resolved subsequent discovery disagreements through meeting-and-conferring. Plaintiff has deposed all three individual Defendants, as well as one percipient witness, and Defendants have deposed Plaintiff. However, additional time is needed to schedule the remaining fact witness depositions.

2. The parties have also begun to discuss a resolution of the case through negotiation. They would like the opportunity to do so without incurring the cost of retaining expert witnesses, should the case resolve.

3. Under the operative scheduling order, ECF No. 62, expert witnesses are to be disclosed on July 14, 2023, with a rebuttal designation of expert witnesses due on August 15, 2023. The parties would like to extend these dates by three months, in order to conserve attorney time and litigation costs, while an attempt is made at negotiations.

4. The parties do not believe it is necessary to continue the Final Pretrial Conference and Jury Trial dates.

5. This is the parties' second request for an extension of some of the deadlines in the Scheduling Order.

6. The parties respectfully stipulate and request that the following dates/deadlines be extended as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Designation of Experts with Reports | July 14, 2023 | October 16, 2023 |
| Designation of Rebuttal Experts with Reports | August 15, 2023 | November 16, 2023 |
| Discovery Cutoff (Fact and Expert, including compliance with any Motion to Compel Order) | September 15, 2023 | December 15, 2023 |
| Deadline to notice non–discovery motions | October 16, 2023 | No change |
| Final Pretrial Conference | December 18, 2023 / 1:30 p.m. | No change |
| Trial | February 7, 2024 / 9:00 a.m. | No change |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  July 14, 2023 | ANGELO, KILDAY & KILDUFF, LLP |
| 3 | | */s/Kevin J. Dehoff* |
| 4 | | By:_____<br>KEVIN J. DEHOFF |
| 5 | | Attorneys for Defendants CITY OF ANDERSON, SEAN MILLER, JEFFREY MILEY, and KAMERON LEE |
| 6 | | |
| 7 | Dated:  July 14, 2023 | LAW OFFICE OF SANJAY S. SCHMIDT<br>AND |
| 8 | | LAW OFFICES OF PANOS LAGOS |
| 9 | | */s/ Panos Lagos\* (authorized on 07/7/2023)* |
| 10 | | By:_____<br>PANOS LAGOS |
| 11 | | _____Attorneys for Plaintiff |
| 12 | | \*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf. |

# ORDER

IT IS HEREBY ORDERED:

1. The parties' Stipulation is approved; and

2. The Court modifies the scheduling order as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Designation of Experts with Reports | July 14, 2023 | October 16, 2023 |
| Designation of Rebuttal Experts with Reports | August 15, 2023 | November 16, 2023 |
| Discovery Cutoff (Fact and Expert, including compliance with any Motion to Compel Order) | September 15, 2023 | December 15, 2023 |
| Deadline to notice non–discovery motions | October 16, 2023 | No change |
| Final Pretrial Conference | December 18, 2023 / 1:30 p.m. | No change |
| Trial | February 7, 2024 / 9:00 a.m. | No change |

IT IS SO ORDERED.

Dated:  July 14, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE