Sanjay S. Schmidt (SBN 247475)
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

Panos Lagos (SBN 61821)
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
Tel. (510) 530-4078
Fax (510) 530-4725
e-mail: panos@panoslagoslaw.com

*Attorneys for Plaintiff,*
THERESE L. LESHER


KEVIN J. DEHOFF, ESQ., SB No. 252106
Email: kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100

Attorneys for Defendants CITY OF ANDERSON,
SEAN MILLER, JEFFREY MILEY, and KAMERON LEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERESE L. LESHER**, | ) Case No. 2:21-cv-00386-WBS-DMC |
| Plaintiff, | ) **STIPULATION AND ORDER EXTENDING ONLY THE DATES FOR EXPERT DISCLOSURE AND REBUTTAL DISCLOSURE IN CURRENT SCHEDULING ORDER (ECF NO. 70)** |
| vs. | |
| **CITY OF ANDERSON, et al.**, | |
| Defendants. | |

Stip. and Order Extending Expert Disclosure and Rebuttal Disclosure Deadlines
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC                    1

1. PURSUANT TO CIVIL LOCAL RULE 144 (Fed. R. Civ. P. 16(b)(1)(A)), THE PARTIES HEREBY RESPECTFULLY STIPULATE, THROUGH THEIR ATTORNEYS OF RECORD, AS FOLLOWS:

   1. The parties have worked cooperatively together, in good faith, to accomplish the necessary discovery and depositions. Non-expert discovery is nearly complete.
   2. Due to circumstances out of the control of the parties or counsel, the parties wish to extend the deadlines for designation of expert with reports and designation of rebuttal experts with reports by one week, respectively, while all other dates would remain as set.
   3. Based on the logistical challenges that necessitate this extension, the parties respectfully stipulate and request that the following dates/deadlines be extended as follows:

| Event | Current Date/Deadline | Proposed Date/Deadline |
|---|---|---|
| Designation of Experts with Reports | May 10, 2024 | May 17, 2024 |
| Designation of Rebuttal Experts with Reports | June 7, 2024 | June 14, 2024 |

Respectfully Submitted,

Dated: May 10, 2024

**LAW OFFICE OF SANJAY S. SCHMIDT**
-and-
**LAW OFFICES OF PANOS LAGOS**

*/s/ Panos Lagos*
*(as authorized 5.7.24)*

_____
By: Panos Lagos
Attorneys for Plaintiff,
THERESE L. LESHER

/ / /

Stip. and Order Extending Expert Disclosure and Rebuttal Disclosure Deadlines
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC                                              2

Dated: May 10, 2024

ANGELO, KILDAY & KILDUFF, LLP

/s/ Kevin J. Dehoff
_____
By: Kevin Dehoff
KEVIN J. DEHOFF
Attorneys for Defendants CITY OF ANDERSON, SEAN MILLER, JEFFREY MILEY, and KAMERON LEE

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

## ORDER

Pursuant to the parties' Stipulation and good cause appearing, the deadlines in this case are hereby modified by the Court as follows:

| Event | Current Date/Deadline | Proposed Date/Deadline |
|---|---|---|
| Designation of Experts with Reports | May 10, 2024 | May 17, 2024 |
| Designation of Rebuttal Experts with Reports | June 7, 2024 | June 14, 2024 |

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: May 10, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. and Order Extending Expert Disclosure and Rebuttal Disclosure Deadlines
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC                                    3