Sanjay S. Schmidt (SBN 247475)
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

Panos Lagos (SBN 61821)
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
Tel. (510) 530-4078
Fax (510) 530-4725
e-mail: panos@panoslagoslaw.com

*Attorneys for Plaintiff,*
THERESE L. LESHER


KEVIN J. DEHOFF, ESQ., SB No. 252106
Email: kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100

Attorneys for Defendants CITY OF ANDERSON,
SEAN MILLER, JEFFREY MILEY, and KAMERON LEE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERESE L. LESHER**, | ) Case No. 2:21-cv-00386-WBS-DMC |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER EXTENDING** |
| | ) **THE DATES FOR DISCOVERY CUTOFF AND** |
| vs. | ) **DEADLINE TO FILE NON-DISCOVERY** |
| | ) **MOTIONS IN CURRENT SCHEDULING** |
| **CITY OF ANDERSON, et al.**, | ) **ORDER (ECF NO. 70)** |
| | ) |
| Defendants. | ) |
| | ) |

///

Stip. and Order Extending the Dates for Discovery Cutoff and Deadline to File Non-Discovery Motions
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC                    1

PURSUANT TO CIVIL LOCAL RULE 144 (Fed. R. Civ. P. 16(b)(1)(A)), THE PARTIES HEREBY RESPECTFULLY STIPULATE, THROUGH THEIR ATTORNEYS OF RECORD, AS FOLLOWS:

1.   The parties have worked cooperatively together, in good faith, to accomplish the necessary discovery and depositions.

2.   Due to circumstances out of the control of the parties or counsel, the parties wish to extend the deadlines for the cut off of discovery and non discovery motions by five months, respectively, which would cause the corresponding pretrial and trial dates to be extended out. For one, Plaintiff's counsel were not available for expert depositions during the month of July (due to depositions in other cases and prior obligations), thus requiring that the cutoff date be extended until December 16, 2024. Secondly, the parties' experts have limited availability. The difficultiy in aligning the schedules of the parties' experts with counsels' schedules requires the extension.

3.   Based on the logistical challenges that necessitate this extension, the parties respectfully stipulate and request that the following dates/deadlines be extended as follows:

///
///
///
///
///
///
///
///
///
///
///

Stip. and Order Extending the Dates for Discovery Cutoff and Deadline to File Non-Discovery Motions
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC                                        2

///

| Event | Current Date/Deadline | Proposed Date/Deadline |
|---|---|---|
| Discovery Cutoff (Fact and Expert, including compliance with any Motion to Compel Order) | July 12, 2024 | December 16, 2024 |
| Deadline to file non-discovery Motions | July 12, 2024 | November 1, 2024 |
| Final PreTrial Conference | September 23, 2024 | February 10, 2025 |
| Trial | December 10, 2025 | April 1, 2025 |

Respectfully Submitted,

Dated: September 3, 2024

**LAW OFFICE OF SANJAY S. SCHMIDT**
**-and-**
**LAW OFFICES OF PANOS LAGOS**

*/s/ Panos Lagos*

_____

By: Panos Lagos
Attorneys for Plaintiff,
THERESE L. LESHER

Dated: September 3, 2024

**ANGELO, KILDAY & KILDUFF, LLP**

*/s/ Kevin J. Dehoff*

_____

By: Kevin Dehoff
KEVIN J. DEHOFF
Attorneys for Defendants CITY OF ANDERSON,
SEAN MILLER, JEFFREY MILEY, and
KAMERON LEE

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

///

///

///

///

///

Stip. and Order Extending the Dates for Discovery Cutoff and Deadline to File Non-Discovery Motions
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC                                      3

1  ///

2  # **ORDER**

3         Pursuant to the parties' Stipulation and good cause appearing, the deadlines in this case

4  are hereby modified by the Court as follows:

5

| Event | Current Date/Deadline | Proposed Date/Deadline |
|---|---|---|
| Discovery Cutoff (Fact and Expert Including compliance with any Motion to Compel Order) | July 12, 2024 | December 16, 2024 |
| Deadline to file non-discovery Motions | July 12, 2024 | November 1, 2024 |
| Final PreTrial Conference | September 23, 2024 | February 10, 2025, 1:30 pm |
| Trial | December 10, 2025 | April 1, 2025, 9:00 am |

12      **PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

13

14

15  Dated:  September 3, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. and Order Extending the Dates for Discovery Cutoff and Deadline to File Non-Discovery Motions
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC                                    4