UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THERESE L. LESHER,<br><br>         Plaintiff,<br><br>     v.<br><br>CITY OF ANDERSON, a municipal corporation; City of Anderson Police Sergeant SEAN MILLER, individually; City of Anderson Police Officers JEFFREY MILEY, individually, and KAMERON LEE, individually; and, DOES 1 through 50, jointly and severally,<br><br>         Defendants. | No. 2:21-cv-00386 WBS DMC<br><br>ORDER |

----oo0oo----

Given the parties' inability to reach an agreement concerning the current briefing and hearing schedule for defendants' motion for summary judgment (Docket No. 76), the hearing set for December 9, 2024 is hereby VACATED, and the court sets the schedule as follows.

The pending motion for summary judgment (Docket No. 76)

1

1 | is hereby RESET to January 21, 2025 at 1:30 p.m. in Courtroom 5.
2 | Plaintiff's opposition shall be filed on or before December 10,
3 | 2024.  Defendants' reply, if any, shall be filed on or before
4 | January 7, 2025.
5 |         IT IS SO ORDERED.
6 | Dated:  November 13, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE