Sanjay S. Schmidt (SBN 247475)
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

Panos Lagos (SBN 61821)
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
Tel. (510) 530-4078
Fax (510) 530-4725
e-mail: panos@panoslagoslaw.com

*Attorneys for Plaintiff,*
THERESE L. LESHER

KEVIN J. DEHOFF, ESQ., SB No. 252106
Email: kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100

Attorneys for Defendants CITY OF ANDERSON,
SEAN MILLER, JEFFREY MILEY, and KAMERON LEE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THERESE L. LESHER**, | ) Case No. 2:21-cv-00386-WBS-DMC |
| Plaintiff, | ) **STIPULATION AND ORDER EXTENDING THE DATES FOR DISCOVERY CUTOFF AND TRIAL IN CURRENT SCHEDULING ORDER (ECF NO. 75)** |
| vs. | |
| **CITY OF ANDERSON, et al.**, | |
| Defendants. | |

///

Stip. and Order Extending the Dates for Discovery Cutoff and Deadline to File Non-Discovery Motions
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC                                              1

PURSUANT TO CIVIL LOCAL RULE 144 (Fed. R. Civ. P. 16(b)(1)(A)), THE PARTIES HEREBY RESPECTFULLY STIPULATE, THROUGH THEIR ATTORNEYS OF RECORD, AS FOLLOWS:

1. The parties have worked cooperatively together, in good faith, to accomplish the necessary discovery and depositions.

2. Due to circumstances out of the control of the parties or counsel, the parties wish to extend the deadlines for the cut off for fact discovery and the trial. The parties have been working diligently on the matter having taken additional fact witness depositions, multiple expert witness depositions, and fully briefed a motion for partial summary judgment in the last few months. Both sides agree that a short, additional round of depositions are necessary.

3. At this time, the parties agree that expert discovery is complete. However, if Plaintiff obtains a surgery or significant medical treatment related to this incident before trial, the parties agree that expert discovery needs to be reopened for the defense to evaluate the treatment, surgery, and billings as well as potentially perform a defense medical examination. This will necessitate a redesignation of damages experts with further Rule 26 reports as well as an additional continuance of the trial.

4. Based on the logistical challenges that necessitate this extension, the parties respectfully stipulate and request that the following dates/deadlines be extended as follows:

///
///
///
///
///
///
///

Stip. and Order Extending the Dates for Discovery Cutoff and Deadline to File Non-Discovery Motions
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC                                                    2

///

| Event | Current Date/Deadline | Proposed Date/Deadline |
|---|---|---|
| Discovery Cutoff (Fact including compliance with any Motion to Compel Order) | Past | April 1, 2025 |
| Final PreTrial Conference | February 10, 2025 | May 19, 2025 |
| Trial | April 1, 2025 | July 22, 2025 |

Respectfully Submitted,

Dated: January 17, 2025      **LAW OFFICE OF SANJAY S. SCHMIDT**
                             -and-
                             **LAW OFFICES OF PANOS LAGOS**

                                    */s/ Panos Lagos*

                             By: Panos Lagos
                             Attorneys for Plaintiff,
                             THERESE L. LESHER

Dated: January 17, 2025      **ANGELO, KILDAY & KILDUFF, LLP**

                                    */s/ Kevin J. Dehoff*

                             By: Kevin Dehoff
                             KEVIN J. DEHOFF
                             Attorneys for Defendants CITY OF ANDERSON, SEAN MILLER, JEFFREY MILEY, and KAMERON LEE

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

///

///

///

///

///

///

Stip. and Order Extending the Dates for Discovery Cutoff and Deadline to File Non-Discovery Motions
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC                                3

## ORDER

Pursuant to the parties' Stipulation and good cause appearing, the deadlines in this case are hereby modified by the Court as follows:

| Event | Current Date/Deadline | Proposed Date/Deadline |
|---|---|---|
| Discovery Cutoff (Fact, including compliance with any Motion to Compel Order) | Past | April 1, 2025 |
| Final PreTrial Conference | February 10, 2025 | May 19, 2025, 1:30 p.m. |
| Trial | April 1, 2025 | July 22, 2025, 9:00 a.m. |

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: January 17, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. and Order Extending the Dates for Discovery Cutoff and Deadline to File Non-Discovery Motions
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC    4