Sanjay S. Schmidt (SBN 247475)
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

Panos Lagos (SBN 61821)
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
Tel. (510) 530-4078
Fax (510) 530-4725
e-mail: panos@panoslagoslaw.com

*Attorneys for Plaintiff,*
THERESE L. LESHER

KEVIN J. DEHOFF, ESQ., SB No. 252106
Email: kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100

Attorneys for Defendants CITY OF ANDERSON,
SEAN MILLER, JEFFREY MILEY, and KAMERON LEE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERESE L. LESHER**, | ) Case No. 2:21-cv-00386-WBS-DMC |
| Plaintiff, | ) **STIPULATION AND ORDER RE:** |
| | ) **PLAINTIFF'S FILING OF AMENDED** |
| vs. | ) **PRETRIAL STATEMENT** |
| **CITY OF ANDERSON, et al.**, | ) |
| Defendants. | ) |

///

Stip. and Order re: Plaintiff's Filing of Amended Pretrial Documents
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC                                  1

PURSUANT TO CIVIL LOCAL RULE 144 (Fed. R. Civ. P. 6(b)(1)(A)), THE PARTIES HEREBY RESPECTFULLY STIPULATE, THROUGH THEIR ATTORNEYS OF RECORD, AS FOLLOWS:

1. The parties have worked cooperatively together, in good faith, to prepare this matter for trial and to comply with the Court's pre-trial schedule.

2. Sanjay S. Schmidt, co-counsel for Plaintiff, has been in trial in Fresno since on or about April 22, 2025, and will likely conclude that trial by Friday, May 9, 2025. Counsel have agreed to permit edits to Plaintiff's Pretrial Statement (ECF Nos. 93 – 93-3) by Mr. Schmidt who has not had time to do so. The parties have agreed that the edited document will be filed as "Plaintiff's Amended Pretrial Statement" no later than 9:00 p.m. on Friday, May 9, 2025.

3. Counsel for Defendants has intended to timely file their Pretrial Statement by the date it is due, i.e., Monday, May 12, 2025. The parties are in agreement that if, in the judgment of defense counsel, the edits made to Plaintiff's Pretrial Statement are substantive requiring time to respond, defense counsel may have up to and including May 14, 2025, to file their Pretrial Statement.

Respectfully Submitted,

Dated: May 7, 2025

**LAW OFFICE OF SANJAY S. SCHMIDT**
-and-
**LAW OFFICES OF PANOS LAGOS**

*/s/Panos Lagos*
By: Panos Lagos
Attorneys for Plaintiff,
THERESE L. LESHER

Dated: May 8, 2025

**ANGELO, KILDAY & KILDUFF, LLP**

*/s/Kevin Dehoff*
By: Kevin Dehoff
KEVIN J. DEHOFF
Attorneys for Defendants CITY OF ANDERSON, SEAN MILLER, JEFFREY MILEY, and KAMERON LEE

Stip. and Order re: Plaintiff's Filing of Amended Pretrial Documents
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC         2

\*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

## ORDER

Pursuant to the parties' Stipulation and good cause appearing, Plaintiff may file an Amended Pretrial Statement not later than 9:00 p.m. on Friday, May 9, 2025 to supplement Plaintiff's Pretrial Statement (ECF Nos. 93 – 93-3) filed May 5, 2025. If, in the judgment of defense counsel, the edits made to Plaintiff's Pretrial Statement are substantive requiring time to respond, defense counsel may have up to and including May 14, 2025, to file their Pretrial Statement.

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: May 8, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. and Order re: Plaintiff's Filing of Amended Pretrial Documents
*Lesher v. City of Anderson, et al.*
USDC (E.D. Cal.) Case No.: 2:21-cv-00386-WBS-DMC    3