KEVIN J. DEHOFF, ESQ., SB No. 252106
   Email: kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100

Attorneys for Defendants CITY OF ANDERSON,
SEAN MILLER, JEFFREY MILEY, and KAMERON LEE

Sanjay S. Schmidt (SBN 247475)
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

PANOS LAGOS, SB No. 61821
   Email: panos@panoslagoslaw.com
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
Telephone:  (510) 530-4078

Attorneys for Plaintiff THERESE L. LESHER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESE L. LESHER,<br><br>                    Plaintiff,<br><br>         vs.<br><br>CITY OF ANDERSON, et al.,<br><br>                    Defendants. | Case No.: 2:21-cv-00386-WBS-DMC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Status Conference Date: October 20, 2025** |

PURSUANT TO CIVIL LOCAL RULE 144 (Fed. R. Civ. P. 16(b)(1)(A)), THE PARTIES HEREBY RESPECTFULLY STIPULATE, THROUGH THEIR ATTORNEYS OF RECORD, AS FOLLOWS:

1. The Parties are continuing to meet and confer concerning the tentative settlement.
2. Presently, there is no meeting of the minds as to certain key provisions of the proposed settlement and settlement agreement.
3. Accordingly, the parties request that the October 20, 2025, status conference be continued for certain issues concerning Medicare, with respect to which there is not agreement, to be further addressed and, if possible, resolved.
4. Parties respectfully stipulate and request that the following dates/deadlines be extended as follows:

| Event | Current Date/Deadline | Proposed Date/Deadline |
|---|---|---|
| Last day to submit final disposition documents | October 6, 2025 | December 5, 2025 |
| Status Conference Re Settlement | October 20, 2025 | December 19, 2025 |

Dated:  October 7, 2025                ANGELO, KILDAY & KILDUFF, LLP

                                         */s/ Kevin J. Dehoff*
By:_____
   KEVIN J. DEHOFF
   Attorneys for Defendants CITY OF ANDERSON, SEAN MILLER, JEFFREY MILEY, and KAMERON LEE

Dated:  October 7, 2025                LAW OFFICES OF SANJAY S. SCHMIDT
                                       -and-
                                       LAW OFFICES OF PANOS LAGOS

                                         */s/ Sanjay S. Schmidt*
By:_____
   SANJAY S. SCHMIDT
   Attorneys for Plaintiff, THERESE LESHER

Dated:  October 7, 2025                LAW OFFICES OF PANOS LAGOS

                                         */s/ Panos Lagos*
By:_____
   PANOS LAGOS

Attorneys for Plaintiff, THERESE LESHER

### **ORDER**

Pursuant to the parties' Stipulation and good cause appearing, the deadlines in this case are hereby modified by the Court as follows:

| Event | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Last day to submit final disposition documents | October 6, 2025 | December 29, 2025 |
| Status Conference Re Settlement | October 20, 2025 | January 12, 2026, 1:30 pm |

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: October 7, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE