KEVIN J. DEHOFF, ESQ., SB No. 252106
  Email:  kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100

Attorneys for Defendants CITY OF ANDERSON,
SEAN MILLER, JEFFREY MILEY, and KAMERON LEE

Sanjay S. Schmidt (SBN 247475)
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

PANOS LAGOS, SB No. 61821
  Email:  panos@panoslagoslaw.com
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
Telephone:  (510) 530-4078

Attorneys for Plaintiff THERESE L. LESHER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESE L. LESHER, | Case No.: 2:21-cv-00386-WBS-DMC |
| Plaintiff, | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii); ORDER** |
| vs. | |
| CITY OF ANDERSON, et al., | |
| Defendants. | |

-1-
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) AND ORDER

Plaintiff and Defendants, in view of the full and final settlement of the case and in view of the receipt of the settlement proceeds by Plaintiff, respectfully stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the entire action shall be dismissed with prejudice, with each side to bear their own costs and attorneys' fees.

Dated:  April 20, 2026          ANGELO, KILDAY & KILDUFF, LLP

                                /s/ Kevin J. Dehoff
                                By:_____
                                KEVIN J. DEHOFF
                                Attorneys for Defendants CITY OF ANDERSON, SEAN MILLER, JEFFREY MILEY, and KAMERON LEE


Dated:  April 20, 2026          LAW OFFICES OF SANJAY S. SCHMIDT

                                /s/ Sanjay S. Schmidt
                                By:_____
                                SANJAY S. SCHMIDT
                                Attorneys for Plaintiff, THERESE LESHER


Dated:  April 20, 2026          LAW OFFICES OF PANOS LAGOS

                                /s/ Panos Lagos
                                By:_____
                                PANOS LAGOS
                                Attorneys for Plaintiff, THERESE LESHER

**ORDER**

The Court, having considered the above stipulation, and good cause appearing THEREFOR, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  April 20, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE